**UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>David C. Gross,<br>　　　Debtor. | Case No.  15-10147-JNF<br><br>Chapter 7 |

**Notice Of Chapter 7 Trustee's Intent To Abandon
Property**

TO THE UNTED STATES TRUSTEE AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Section 554(a) of the United States Bankruptcy Code, Bankruptcy Rule 6007(a) and MLBR 6007-1, Warren E. Agin, the duly appointed chapter 7 trustee (the "Trustee") of the estate of David C. Gross (the "Debtor"), intends to abandon the estate's interest in real estate located at 41 River Road, Nyack, New York (the "Real Estate") on the grounds that the Real Estate is of inconsequential benefit and value to the Debtor's estate. The Trustee will abandon the Real Estate unless a creditor or other party in interest files a written objection to the proposed abandonment with the Clerk's Office of the United States Bankruptcy Court, John W. McCormack Post Office and Courthouse, 5 Post Office Square, Boston, MA, 02109, and serves a copy of such objection on the undersigned within fourteen (14) days of the mailing of this notice. Objections not timely filed and served may be deemed waived.

　　　In support of this Notice, the Trustee states as follows:

　　　1.　　On January 15, 2015, the Debtor filed a voluntary petition to commence a case under chapter 7 of the Bankruptcy Code.

　　　2.　　By a Certificate of Appointment dated January 16, 2015, the Trustee was appointed the chapter 7 trustee of the Debtor's bankruptcy estate.

3. The Trustee has determined that the Real Estate is of inconsequential benefit and value to the Debtor's estate in that the expected net sale proceeds, after payment of secured creditors with liens against the Real Estate, would not exceed the costs connected to the sale. Therefore, the Trustee seeks to abandon the Real Estate.

4. Because the Real Estate's value to the estate is less than $5,000.00, the Trustee is limiting notice in accordance with L.R.B.P. 6007-1(b).

If no objection to this Notice is timely filed, the Real Estate will be deemed abandoned. If an objection to this Notice is timely filed by a creditor or other party in interest, the Bankruptcy Court will schedule a hearing in connection therewith.  In the event that a hearing is scheduled in connection with the proposed abandonment of the Real Estate, creditors and other parties in interest will receive notice of such hearing as the Court may direct.

    Warren E. Agin, as Trustee,
    By his Attorney,
    /s/Warren E. Agin
    Warren E. Agin (BBO 554242)
    **Swiggart & Agin, LLC**
    197 Portland Street
    Boston, MA 02114
    (617) 742-0110 x203
    wea@swiggartagin.com

Dated: November 8, 2016

# UNITED STATES BANKRUPTCY COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>David C. Gross,<br>    Debtor. | Case No. 15-10147-JNF<br><br>Chapter 7 |

### CERTIFICATE OF SERVICE

I, Warren E. Agin, do hereby certify that:

A. On November 8, 2016, I caused a Notice of Electronic Filing to be electronically transmitted to the following parties with respect to the Notice of Chapter 7 Trustee's Intent to Abandon Property (the "Pleading(s)"):

    Peter M. Daigle

    Jonathan D. Deily

    Lindsay Kyser

    Reneau J. Longoria

    Jordan Wilcox

    Office of the U.S. Trustee

B. On November 8, 2016, I served a copy of the Pleadings on the attached service list by mailing a copy of the same by first class mail, postage prepaid:

    Internal Revenue Service
    P.O. Box 7346
    Philadelphia, PA 19101-7346

    Massachusetts Department of Revenue
    Bankruptcy Unit
    P.O. Box 9564
    Boston, MA 02114

BMW Bank of North America, Inc. Department
c/o Ascension Capital Group
P.O. Box 201347
Arlington, TX 76006

Select Portfolio Servicing, Inc.
PO Box 65250
Salt Lake City, UT 84165

Town of Nyack
Tax Collector
9 N. Broadway
Nyack, NY 10960

Susan Zatt
69-60 108th Street
Forest Hills, NY 11375

David Levy
75 Ocean Ave Apt 5H
Brooklyn, NY 11225

Craig Appelbaum
Crystal Clear Pool Service
8 Golden Road
Montebello, NY 10901

Alexandru Novic
43-04 39th Pl
Sunnyside, NY 11104

Rockland County Courthouse
Tax Collector
1 South Main Street, Suite 100
New City, NY 10956

Signed under the penalties of perjury, November 8, 2016.

/s/Warren E. Agin
Warren E. Agin (BBO 554242)
Swiggart & Agin, LLC
197 Portland Street
Boston, MA 02114
(617) 742-0110 x203
wea@swiggartagin.com